ORIGINAL

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2005 MAY -5 PM 2: 53

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated March 15, 2005. (Doc. 82.) That Order denied Plaintiff's renewed Motion for Appointment of Counsel. Upon review, Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated March 15, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 5th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

MARSHEK )

vs ) CASE NUMBER CV604-66

STEPHENS, ET AL ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/5/05, which is part of the official record of this case.

Date of Mailing: 5/6/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Tyson Marshek, 11472-021, US Medical Center for Fed Prisoners, P.O. Box 4000, Springfield, MS 65801
Timothy Buckley
Ken Jarrard

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate