IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV604-066

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Sanctions (Doc. 81) asserting that Defendants Stephens, Fann, and Craft have "attempted to circumvent the applicable rules of discovery," and have caused a delay in his receipt of mail. Defendants have filed a response to the motion. After review, Plaintiff's Motion for Sanctions is **DENIED**.

**SO ORDERED**, this 16th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MARSHEK

vs

STEPHENS, ET AL

CASE NUMBER CV604-66

DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05 , which is part of the official record of this case.

Date of Mailing: 5/16/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Timothy Buckley
Ken Jarrard
Tyson Marshek, 11472-021, P.O. Box 4000, Springfield, MS 65801

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate