IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 16 P 3 52

CLERK

TYSON EUGENE MARSHEK,

 Plaintiff,

vs.

CIVIL ACTION NO.: CV604-066

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

 Defendants.

## ORDER

Plaintiff has filed two "Emergency Motions to Quash Subpoena Duces Tecum." (Doc. nos. 79, 85.) Both motions object to subpoenas for Plaintiff's medical records directed to the United States Marshals Service and the Richmond County Jail. Defendants' responses indicate that one of the motions served upon them objects to subpoenas served upon the University of Iowa Hospitals and Clinics and Muscatine County Sheriff's Office. Defendants also state that they have received the requested documents. Plaintiff's motions to quash are **DENIED**. Defendants are directed to provide copies of all documents received pursuant to the subpoenas to the Plaintiff.

 **SO ORDERED**, this 16th day of May, 2005.

         JAMES E. GRAHAM
         UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

MARSHEK )

vs )  CASE NUMBER CV604-66

STEPHENS, ET AL )  DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05 , which is part of the official record of this case.

Date of Mailing: 5/16/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Timothy Buckley
Ken Jarrard
Tyson Marshek, 11472-021, P.O. Box 4000, Springfield, MS 65801

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate