FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 16 P 4:46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

 Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

 Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff, an inmate currently incarcerated at the United States Medical Center for Federal Prisoners in Springfield, Missouri, has filed a Motion for Extension of Time. (Doc. 74.). He asserts that he has been transferred from one correctional facility to another and he is not in possession of his legal files. Accordingly, he asks the Court for additional time to respond to various motions filed by Defendants. In support of his motion, Plaintiff has attached a Memorandum from Counselor Ann Nunez stating that as of April 17, 2005, Plaintiff's property, including his legal material, had not arrived at that facility. Defendants have filed a response stating that on April 12, 2005, following Plaintiff's transfer, Plaintiff filed a "detailed Petition for Writ of Habeas Corpus." Defendants state that this "casts significant doubt on the legitimacy" of Plaintiff's need for an additional extension of time.

Upon consideration, Plaintiff's Motion for Extension of Time is **GRANTED**. As Plaintiff has filed objections to the Report and Recommendation, that portion of Plaintiff's request is **dismissed** as moot. Plaintiff shall have until June 10, 2005, to respond to all interrogatories and requests for production of documents that have been served upon him by the Defendants.

AO 72A
(Rev. 8/82)

The Motion to Compel Discovery Responses or In the Alternative to Dismiss Plaintiff's Complaint filed by Defendant Stephens (Doc. 71) is **denied** at this time. Defendant Stephens' Motion for Expedited Consideration of that motion is **dismissed**, as it is now moot. The Motion to Compel Discovery filed by Defendant JoAnn Royal (Doc. 76) is also **denied** as this time. Defendants may re-urge their motions to compel if they believe Plaintiff's responses to their discovery requests are inadequate and unresponsive.

The time for completing discovery in this case is extended to July 22, 2005. The time for filing motions is also extended. Defendants' "Joint Emergency Motion to Stay Discovery" (Doc. 84) is **dismissed** as moot.

**SO ORDERED**, this 16th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MARSHEK )

vs )  CASE NUMBER CV604-66

STEPHENS, ET AL )  DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05 , which is part of the official record of this case.

Date of Mailing: 5/16/05

Date of Certificate  ☒ same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Timothy Buckley
Ken Jarrard
Tyson Marshek, 11472-021, P.O. box 4000, Springfield, MS 65801

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate