IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

　　Plaintiff,

vs.   　　CIVIL ACTION NO.: CV604-066

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

　　Defendants.

## ORDER

Plaintiff filed a Motion to Compel Discovery asserting that Defendants' objections are baseless and various responses to his discovery requests are inadequate and insufficient. (Doc. 106.) Defendants have filed a response to Plaintiff's motion. The Court has been provided with copies of the discovery requests and the responses. The Defendants' discovery responses are adequate and sufficient. Plaintiff's motion is hereby **DENIED**.

SO ORDERED, this 22 day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

TYSON EUGENE MARSHEK )

vs ) CASE NUMBER CV604-66

J. TYSON STEPHENS, ETAL ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/22/05, which is part of the official record of this case.

Date of Mailing: ORDER

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

Name and Address

TYSON EUGENE MARSHEK U.S. MEDICAL CTR FOR FEDERAL PRISONERS BOX 4000 SPRINGFIELD, MS 65801
KEN E. JARRARD
TIMOTHY J. BUCKLEY III

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate