FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 22 A 11: 45

CLERK
DIST. OF GA.

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV604-066

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

## O R D E R

Plaintiff has filed a Motion for Court to Issue Subpoena Duces Tecum directed to the

Emanuel County Sheriff's Department to produce "certain documents and tangible items."

(Doc. 101.) Defendants have filed a response stating that most of the items requested have

been provided to Plaintiff and that other documents are not accessible. Based upon the

representations in the Defendants' responses, the Plaintiff's motion is hereby **DENIED**.

    **SO ORDERED**, this _22_ day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

TYSON EUGENE MARSHEK

_____ )

vs                                          )          CASE NUMBER   CV604-66 _____

J. TYSON STEPHENS, ETAL           )
_____ )          DIVISION        STATESBORO _____

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated 7/22/05 _____, which is part of the official record of this case.

Date of Mailing:        ORDER _____

Date of Certificate        ☒ same date,        or  _____

Scott L. Poff,  Clerk

By:   NITA ROSE _____
        Deputy Clerk

Name and Address

TYSON EUGENE MARSHEK  U.S. MEDICAL CTR FOR FEDERAL PRISONERS  BOX 4000  SPRINGFIELD, MS 65801
KEN E. JARRARD
TIMOTHY J. BUCKLEY III

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate