IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 22 A 11: 45

CLERK

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff has filed a Motion to Submit Interrogatories Under Special Conditions. (Doc. 122.) Plaintiff is seeking permission to submit additional interrogatories to the Defendants. Additionally, he asks that the Court shorten the response time to fourteen days. Defendants have filed responses to Plaintiff's motion. After review, Plaintiff's motion is **DENIED**. Plaintiff is entitled to serve 25 interrogatories to *each* defendant. As the discovery period has been extended, it is not necessary to shorten the time for response.

SO ORDERED, this 22 day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

TYSON EUGENE MARSHEK )

vs ) CASE NUMBER CV604-66

J. TYSON STEPHENS, ETAL )
) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/22/05 , which is part of the official record of this case.

Date of Mailing: ORDER

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

TYSON EUGENE MARSHEK  U.S. MEDICAL CTR FOR FEDERAL PRISONERS  BOX 4000  SPRINGFIELD, MS 65801
KEN E. JARRARD
TIMOTHY J. BUCKLEY III

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate