FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 22 A 11: 45

CLERK _____
DIST. OF GA.

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

In a motion titled "Motion to Compel Clerk to Provide Blank Subpoena's" (Doc. 123) and a letter dated June 6, 2005, (Doc. 125), Plaintiff seeks an order directing the Clerk to issue to him five blank subpoenas in accordance with FED. R. CIV. P. 45(a)(3). Pursuant to General Order MISC496-06 of this Court, Plaintiff's motions are **DENIED**.

**SO ORDERED**, this _22_ day of July, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

TYSON EUGENE MARSHEK

_____ )

vs                                )          CASE NUMBER  CV604-66 _____

J. TYSON STEPHENS, ETAL           )          DIVISION      STATESBORO _____
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated 7/22/05 _____, which is part of the official record of this case.

Date of Mailing:          ORDER _____

Date of Certificate       [X] same date,      or  _____

                          Scott L. Poff,  Clerk

                    By:  NITA ROSE _____
                          Deputy Clerk

<u>Name and Address</u>

TYSON EUGENE MARSHEK   U.S. MEDICAL CTR FOR FEDERAL PRISONERS  BOX 4000  SPRINGFIELD, MS 65801
KEN E. JARRARD
TIMOTHY J. BUCKLEY III

☐  Copy placed in Minutes

☐  Copy given to Judge

☑  Copy given to Magistrate