IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; PAUL CRAFT, Jail Coordinator,
Emanuel County, and JOANN ROYAL,
Jail Supervisor, Emanuel County, all
individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff filed a Motion to Compel and Motion for Sanctions. (Doc. 130.) Plaintiff asserts that Defendants discovery responses have not been verified as required. Defendants have filed a response stating that verifications have been provided to Plaintiff. Accordingly, Plaintiff's Motion to Compel and Motion for Sanctions are **DISMISSED**.

**SO ORDERED**, this 22 day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

TYSON EUGENE MARSHEK )

vs )     CASE NUMBER CV604-66

J. TYSON STEPHENS, ETAL )     DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/22/05, which is part of the official record of this case.

Date of Mailing:     ORDER

Date of Certificate     ☒ same date,     or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

TYSON EUGENE MARSHEK    U.S. MEDICAL CTR FOR FEDERAL PRISONERS   BOX 4000   SPRINGFIELD, MS 65801
KEN E. JARRARD
TIMOTHY J. BUCKLEY III

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate