IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff; BARBARA FANN, Jailor, Emanuel County; JOHN/JANE DOE, as ADMINISTRATOR OF THE ESTATE OF PAUL CRAFT, Deceased, and JOANN ROYAL, Jail Supervisor, Emanuel County, all individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff's Request for Court to Rule on Pending Motions (Doc. 236) is **dismissed** as moot.

**SO ORDERED**, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)