IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; JOHN/JANE DOE, as
ADMINISTRATOR OF THE ESTATE
OF PAUL CRAFT, Deceased, and
JOANN ROYAL, Jail Supervisor,
Emanuel County, all individually and in
their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff has filed a Motion for Sanctions Against Defendant JoAnn Royal. He asserts that Royal's sworn discovery responses conflict with responses of Defendant Stephens. Defendant Royal has filed a response. Upon review, Plaintiff's Motion for Sanctions Against Defendant Royal is **DENIED**.

SO ORDERED, this 26th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)