

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

TYSON EUGENE MARSHEK,                    :

      Plaintiff,                            :

      vs.                                   :      CIVIL ACTION NO.: CV604-066

J. TYSON STEPHENS, Sheriff;               :
BARBARA FANN, Jailor, Emanuel             :
County; JOHN/JANE DOE, as                 :
ADMINISTRATOR OF THE ESTATE               :
OF PAUL CRAFT, Deceased, and              :
JOANN ROYAL, Jail Supervisor,             :
Emanuel County, all individually and in   :
their official capacities,                :
                                          :
      Defendants.                           :


## O R D E R

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned for his determination.

AO 72A
(Rev. 8/82)

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the ___6th___ day of ___March___, 2006.

**SO ORDERED**, this ___16th___ day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)