IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; JOHN/JANE DOE, as
ADMINISTRATOR OF THE ESTATE
OF PAUL CRAFT, Deceased, and
JOANN ROYAL, Jail Supervisor,
Emanuel County, all individually and in
their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff has filed a "Motion to Strike Individual Exhibit From Defendant(s) Motion(s) for Summary Judgment as Inadmissable." Plaintiff moves the Court to strike a letter dated July 22, 2005, written by Plaintiff to counsel for Defendants from the exhibits attached to the Motions for Summary Judgment filed by the Defendants. Defendant Royal has filed a response. After review, Plaintiff's Motion to Strike is **DENIED**. The Court will determine the relevance of the exhibit when considering the pending motions for summary judgment.

SO ORDERED, this 6th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)