IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

J. TYSON STEPHENS, Sheriff;
BARBARA FANN, Jailor, Emanuel
County; JOHN/JANE DOE, as
ADMINISTRATOR OF THE ESTATE
OF PAUL CRAFT, Deceased, and
JOANN ROYAL, Jail Supervisor,
Emanuel County, all individually and in
their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation which addressed the Motion for Summary Judgment filed by Defendants Fann, Craft, and Stephens, to which Objections have been filed. In their Objections, Defendants Fann and Craft assert that there is no admissible evidence to support Plaintiff's contentions that they violated his constitutional rights. Defendants Fann and Craft allege that the only evidence Plaintiff has presented is his own self-serving statements, which are insufficient to defeat their Motion for Summary Judgment. Defendants Fann and Craft also allege that, in contrast to Plaintiff's lack of evidence, they submitted evidence that Plaintiff was treated for a spider bite to his right thumb two (2) days after this alleged incident, which is the reason Plaintiff lost feeling in his thumb.

AO 72A
(Rev. 8/82)

As noted by the Magistrate Judge, Plaintiff contends that the spider bite he received was unrelated to the reason he lost feeling in his thumb. The medical services request form indicates that Plaintiff complaints of "spider bite/no feeling in right thumb."[1] (Defs. Ex. E, p. 11.) Defendants Fann and Craft appear to want the Court to weigh the evidence (or lack thereof) the parties submitted. This is not the role of the Court at this juncture, as "[i]ssues of credibility and the weight afforded to certain evidence are determinations appropriately made by a finder of fact and not a court deciding [a motion for] summary judgment." McCormick v. City of Fort Lauderdale, 333 F. 3d 1234, 1240 n.7 (11th Cir. 2003).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Motion for Summary Judgment filed by Defendants Fann, Craft, and Stephens (Doc. No. 202) is **GRANTED**, in part, and **DENIED**, in part. Plaintiff's claims against Defendant Stephens are **dismissed**. Plaintiff's claims against Defendants Fann and Craft remain pending.

**SO ORDERED**, this 27 day of September, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The mark between "spider bite" and "no feeling in right thumb" is actually illegible. However, this is not to say that the only possible meaning is that Plaintiff had no feeling in his right thumb because he received a spider bite in that area.

AO 72A
(Rev. 8/82)