IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYSON EUGENE MARSHEK,

    Plaintiff,

vs.

BARBARA FANN, Jailor, Emanuel County; JOHN/JANE DOE, as ADMINISTRATOR OF THE ESTATE OF PAUL CRAFT, Deceased, and JOANN ROYAL, Jail Supervisor, Emanuel County, all individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: CV604-066

## ORDER

Plaintiff has filed a Motion to Participate in *Voir dire*. Said motion is hereby **GRANTED**. Plaintiff will be allowed to participate in *voir dire* as permitted by the trial judge.

**SO ORDERED**, this 24th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)